UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE STRICKLAND,

                                  CASE NO. 6:22-cv-01408-PGB-EJK

    Plaintiff,

v.

VIA GENOVESE, LLC, and KEB
CAFE'S INC., d/b/a GENOVESES
ITALIAN CAFE,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Defendants, VIA GENOVESE, LLC, and KEB CAFE'S INC., d/b/a GENOVESES ITALIAN CAFE, and Plaintiff, MICHELLE STRICKLAND, pursuant to M.D.Fla.L.R. 3.08, hereby provide notice to this Honorable Court that they have reached a settlement in the above-captioned action and are working on reducing their agreement to writing in the form of a Settlement Agreement. The parties therefore request a stay of all deadlines in this action and will file a Joint Stipulation of Dismissal with Prejudice within the next fourteen (14) days.

Dated October 19, 2022.

**LAW OFFICES OF JOE M. QUICK, ESQ.**



By: /s/ Joe M. Quick
    Joe M. Quick, Esq.
    Email Address:
    JMQuickEsq@gmail.com
    1224 S. Peninsula Drive #604
    Daytona Beach, FL 32118
    Telephone: (386) 212-3591
    ATTORNEY FOR PLAINTIFF

/s/ Holly W. Zitzka
HOLLY W. ZITZKA
FLA. BAR NO. 111824
Primary e-mail address:
Holly.Zitzka@CobbCole.com
Secondary e-mail address:
Lori.Dumont@CobbCole.com
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 323-9282
Facsimile: (386) 248-0323
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2022, a true and correct copy of the foregoing was served electronically via the CM/ECF system on the following:

Joe M. Quick, Esq.
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, Florida 32118
Email:    JMQuickEsq@gmail.com

By: /s/ Holly W. Zitzka
    Attorney