UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE STRICKLAND,

                                     CASE NO. 6:22-cv-01408-PGB-EJK

     Plaintiff,

v.

VIA GENOVESE, LLC, and KEB
CAFE'S INC., d/b/a GENOVESES
ITALIAN CAFE,

     Defendants.

_____/

## **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The Parties, MICHELLE STRICKLAND, Plaintiff and VIA GENOVESE,

LLC, and KEB CAFE'S INC., d/b/a GENOVESES ITALIAN CAFE, Defendants,

by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Federal

Rules of Civil Procedure, hereby provide notice to this Honorable Court of voluntary

dismissal of this action, with prejudice.

Dated November 11, 2022.

(remainder of page intentionally left blank)

042307

LAW OFFICES OF JOE M. QUICK, ESQ.

By:  /s/ *Joe M. Quick*
     Joe M. Quick, Esq.
     Email Address:
     JMQuickEsq@gmail.com
     1224 S. Peninsula Drive #604
     Daytona Beach, FL 32118
     Telephone: (386) 212-3591
     ATTORNEY FOR PLAINTIFF



/s/ *Holly W. Zitzka*
HOLLY W. ZITZKA
FLA. BAR NO. 111824
Primary e-mail address:
Holly.Zitzka@CobbCole.com
Secondary e-mail address:
Lori.Dumont@CobbCole.com
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 323-9282
Facsimile: (386) 248-0323
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2022, a true and correct copy of the foregoing was served electronically via the CM/ECF system on the following:

Joe M. Quick, Esq.
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, Florida 32118
Email: JMQuickEsq@gmail.com

By: /s/ *Holly W. Zitzka*
     Attorney

042307                                                 2