# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHELLE STRICKLAND,**

> **Plaintiff,**

**v.**                                                       **Case No: 6:22-cv-1408-PGB-EJK**

**VIA GENOVESE LLC and KEB
CAFE'S INC.,**

> **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed November 11, 2022. (Doc. 26). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Via Genovese and Keb Café's Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 14, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties